**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jim Daniel THOMPSON, Defendant–**
**Appellant.**

**No. 07–50140**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 26, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District

of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DENNIS and PRADO, Circuit Judges.

PER CURIAM: *

Jim Daniel Thompson appeals his sentence for possessing with intent to distribute five grams or more of cocaine base. He was sentenced above his 92–to 115–month guideline range to 150 months of imprisonment. He argues that the district court, misapplying 18 U.S.C. § 3553(a), imposed an unreasonable sentence.

Citing Thompson's extensive criminal history, his lack of respect for the law, the need to deter him from future criminal conduct, and the need to protect the public, the district court did not misapply § 3553(a). *See United States v. Zuniga–Peralta*, 442 F.3d 345, 347–48 (5th Cir. 2006). Thompson has not shown that his sentence is unreasonable. *See id.* (affirming upward departure to 60–month sentence where maximum guideline range sentence was 33 months); *accord United States v. Smith*, 417 F.3d 483, 485–86 (5th Cir.2005) (affirming upward departure to 120–month sentence where maximum guideline range sentence was 41 months).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.